UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

Plaintiff,

v.

DAVIS LAW GROUP et al.,

Defendants.

CASE NO. 2:23-cv-01168-JHC

ORDER

Before the Court is non-represented Plaintiff Cortez D. Jones's complaint against Davis Law Group *et al.* (Dkt. # 1-1) and accompanying application to proceed *in forma pauperis* ("IFP"). Dkt. # 1. On August 7, 2023, Magistrate Judge Peterson recommended the denial of Plaintiff's IFP application. Dkt. # 5. On September 1, 2023, the Court adopted the Magistrate Judge's report and recommendation and ordered Plaintiff to pay the corresponding filing fee within thirty (30) days of its order. *See* LCR 3(a). The Court clarified that if Plaintiff failed to do so, the matter would be dismissed. Dkt. # 11. Because thirty (30) days have passed since the Court's order (Dkt. # 11), the Clerk is directed to close and terminate this matter.

//

//

Dated this 20th day of October, 2023.

John H. Chun
United States District Judge